# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 24, 2019

## NO. 03-19-00028-CV

**Ali Mahrou and Gypsie Mahrou, Appellants**

**v.**

**Reba A. Byrd Individually and as Trustee of Reba Byrd Trust; and
Charles Sampley, Appellees**

## APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the order the trial court signed on October 22, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.